# Court of Appeals
# of the State of Georgia

ATLANTA,  August 26, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0224. STEVEN LAMONT THOMAS v. CARLENE MICHELLE THOMAS.**

The trial court issued a final judgment and decree of divorce between Steven Lamont Thomas and Carlene Michelle Thomas. Steven filed a motion for new trial, which the trial court denied. Steven then filed this direct appeal. We, however, lack jurisdiction because "[a]ppeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b); see also *Evans v. Jackson*, 368 Ga. App. 170, 173 (1) (b) (889 SE2d 343) (2023). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Steven's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/26/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*